# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SABRINA VALENZUELA, | ) | 1:12cv0430 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| | ) | (Document 4) |
| CITY OF FRESNO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

　　　Plaintiff Sabrina Valenzuela ("Plaintiff") filed this action on March 22, 2012.  Plaintiff also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.


　　　IT IS SO ORDERED.

　　**Dated:   March 26, 2012**                    /s/ **Dennis L. Beck**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1