# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA VALENZUELA, | ) 1:12cv0430 AWI DLB |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION TO |
| | ) PROCEED IN FORMA PAUPERIS |
| v. | ) |
| | ) (Document 4) |
| CITY OF FRESNO, et al., | ) |
| | ) |
| Defendants. | ) |
|  | ) |

Plaintiff Sabrina Valenzuela ("Plaintiff") filed this action on March 22, 2012.  Plaintiff also filed a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and is therefore GRANTED.


IT IS SO ORDERED.

   **Dated:   March 26, 2012**          _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE