# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SANCHEZ,<br><br>                Plaintiff,<br><br>  v.<br><br>CITY OF FRESNO, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:12-cv-00428-LJO-SKO<br><br>**Related Cases**:<br>No. 1:12-cv-00429-LJO-SKO<br>No. 1:12-cv-00430-LJO-SKO<br>No. 1:12-cv-00431-LJO-SKO<br>No. 1:12-cv-00432-LJO-SKO<br>No. 1:12-cv-00434-LJO-SKO<br>No. 1:12-cv-00436-LJO-SKO<br>No. 1:12-cv-00439-LJO-SKO<br>No. 1:12-cv-00448-LJO-SKO<br>No. 1:12-cv-00528-LJO-SKO<br>No. 1:12-cv-01117-LJO-SKO<br>No. 1:12-cv-01118-LJO-SKO<br>No. 1:12-cv-01119-LJO-SKO<br>No. 1:12-cv-01120-LJO-SKO<br>No. 1:12-cv-01121-LJO-SKO<br>No. 1:12-cv-01122-LJO-SKO<br>No. 1:12-cv-01123-LJO-SKO<br>No. 1:12-cv-01124-LJO-SKO<br>No. 1:12-cv-01125-LJO-SKO<br>No. 1:12-cv-01126-LJO-SKO<br>No. 1:12-cv-01128-LJO-SKO<br>No. 1:12-cv-01130-LJO-SKO<br>No. 1:12-cv-01132-LJO-SKO<br>No. 1:12-cv-01133-LJO-SKO<br>No. 1:12-cv-01134-LJO-SKO<br>No. 1:12-cv-01136-LJO-SKO<br>No. 1:12-cv-01137-LJO-SKO<br>No. 1:12-cv-01138-LJO-SKO<br>No. 1:12-cv-01139-LJO-SKO<br>No. 1:12-cv-01161-LJO-SKO<br>No. 1:12-cv-01162-LJO-SKO<br>No. 1:12-cv-01166-LJO-SKO<br>No. 1:12-cv-01215-LJO-SKO<br><br>**ORDER CONSOLIDATING CASES** |

On August 1, 2012, the parties filed a stipulation indicating, *inter alia*, the parties were in agreement that the cases related to this matter should be consolidated for all pretrial purposes. Based

on the parties' stipulation, and because the Court finds that consolidation promotes judicial efficiency, the following cases shall be consolidated pursuant to Federal Rule of Civil Procedure 42:

(1) *Deen et al. v. City of Fresno, et al.*, No. 1:12-cv-00429-LJO-SKO

(2) *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-00430-LJO-SKO

(3) *Idell v. City of Fresno, et al.*, No. 1:12-cv-00431-LJO-SKO

(4) *Gray, et al. v. City of Fresno, et al.*, No. 1:12-cv-00432-LJO-SKO

(5) *Calmer, et al. v. City of Fresno, et al.*, No. 1:12-cv-00434-LJO-SKO

(6) *Graham v. City of Fresno, et al.*, No. 1:12-cv-00436-LJO-SKO

(7) *Williams v. City of Fresno, et al.*, No. 1:12-cv-00439-LJO-SKO

(8) *Soto v. City of Fresno, et al.*, No. 1:12-cv-00448-LJO-SKO

(9) *Subia, et al. v. City of Fresno, et al.*, No. 1:12-cv-00528-LJO-SKO

(10) *Anderson v. City of Fresno, et al.*, No. 1:12-cv-01117-LJO-SKO

(11) *Montgomery v. City of Fresno, et al.,* No. 1:12-cv-01118-LJO-SKO

(12) *Frazier v. City of Fresno, et al.,* No. 1:12-cv-01119-LJO-SKO

(13) *Valenzuela v. City of Fresno, et al.*, No. 1:12-cv-01120-LJO-SKO

(14) *Randle v. City of Fresno, et al*., No. 12-cv-01121-LJO-SKO

(15) *Dorsey v. City of Fresno, et al.,* No. 1:12-cv-01122-LJO-SKO

(16) *Ward v. City of Fresno, et al*., No. 1:12-cv-01123-LJO-SKO

(17) *Heager v. City of Fresno, et al.,* No. 1:12-cv-01124-LJO-SKO

(18) *Jones v. City of Fresno, et al.*, 1:12-cv-01125-LJO-SKO

(19) *Bufford v. City of Fresno, et al.,* 1:12-cv-01126-LJO-SKO

(20) *Gray v. City of Fresno, et al.,* 1:12-cv-01128-LJO-SKO

(21) *Butler v. City of Fresno*, *et al.*, 1:12-cv-01130-LJO-SKO

(22) *Lowe v. City of Fresno*, *et al.*, 1:12-cv-01132-LJO-SKO

(23) *Brown v. City of Fresno*, *et al.,* 1:12-cv-01133-LJO-SKO

(24) *Picazo v. City of Fresno, et al.,* 1:12-cv-01134-LJO-SKO

(25) *Collins v. City of Fresno, et al.*, 1:12-cv-01136-LJO-SKO

(26) *Galvan v. City of Fresno, et al*., 1:12-cv-01137-LJO-SKO

(27)  *Gilliam v. City of Fresno, et al.*, 1:12-cv-01138-LJO-SKO

(28)  *Sims v. City of Fresno, et al.*, 1:12-cv-01139-LJO-SKO

(29)  *Hernandez v. City of Fresno, et al.*, 1:12-cv-01161-LJO-SKO

(30)  *Santa Rosa et al. v. City of Fresno, et al.*, 1:12-cv-01162-LJO-SKO

(31)  *Hicks v. City of Fresno, et al.,* 1:12-cv-01166-LJO-SKO;

(32)  *Hackett v. City of Fresno, et al.*, 1:12-cv-01215-LJO-SKO

*Sanchez v. City of Fresno*, *et al.,* Case No. 1:12-cv-00428-LJO-SKO, shall be designated as the "lead" case, and the remaining consolidated cases shall be administratively closed.

Accordingly, IT IS HEREBY ORDERED that all cases related to Case No. 1:12-cv-00428-LJO-SKO, as identified above, shall be consolidated for all pretrial purposes.

IT IS SO ORDERED.

**Dated:   August 24, 2012**             /s/ **Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE